**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.** 2:18-CV-00031-BO

| | |
|---|---|
| DANIEL FELIX and CHRISTINE HUTTEN | ) |
| Plaintiff(s), | ) |
| | ) |
| vs | ) |
| | ) |
| US ATTORNEY GENERAL, et al. | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

President David Pirrung who is Defendant,
(name of party) (plaintiff/defendant/other:________________)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

YES ○ NO ◉

2. Does party have any parent corporations?

YES ○ NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

YES ○ NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ○ NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ○ NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ W. Gregory Merritt

Date: 09/07/2018

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** on the following non-CM/ECF participants by depositing a copy of the same in the United States Postal Service via first class mail and addressed as follows:

Mr. Daniel Felix
P.O. Box 544
Frisco, NC 27936-0544

Ms. Christine Hutten
P.O. Box 544
Frisco, NC 27936

This the 7th day of September, 2018.

/s/ W. Gregory Merritt
State Bar Number: 23333
E-mail: wgm@harriscreech.com
Harris, Creech, Ward & Blackerby, P.A.
325 Pollock Street
P.O. Drawer 1168
New Bern, NC 28563-1168
Telephone: (252) 638-6666
Facsimile: (252) 638-3542
Local Civil Rule 83.1(d) Counsel for Defendants IAT Insurance Group, Occidental Fire and Casualty Company of North Carolina, President David Pirrung, and Service Insurance Company