**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANIEL FELIX AND CHRISTINE HUTTEN** | * * * | **CIVIL ACTION NO.** **2:18-cv-00031-BO** |
| **vs.** | * * | |
| **US ATTORNEY GENERAL, FEMA, NFIP, IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, PRESIDENT DAVID PIRRUNG, and SERVICE INSURANCE COMPANY** | * * * * * * * * | |

**SERVICE INSURANCE COMPANY'S FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) MOTION TO DISMISS IMPROPERLY NAMED PARTY DEFENDANTS**

NOW INTO COURT, come Defendants, SERVICE INSURANCE COMPANY ("Service" or "Defendant"), a former Write-Your-Own ("WYO") Program carrier which participated in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] appearing herein in its "fiduciary" capacity[2] as the "fiscal agent of the United States"[3] at all time relevant hereto, IAT INSURANCE GROUP ("IAT"), OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA ("Occidental"), and PRESIDENT DAVID PIRRUNG ("Pirrung"), for the purpose of submitting this F.R.Civ.P. 12(b)(6) Motion to Dismiss Improperly Named Party Defendants, *i.e.*, IAT Insurance Group, Occidental Fire and Casualty Company of North Carolina, and President David Pirrung, for the reasons more fully stated in the accompanying

[1] 42 U.S.C. § 4001, *et seq*.
[2] 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Battle v. Seibels Bruce Ins. Co.*, 288 F.3d 596, 599 (4th Cir. 2002).

Memorandum in Support of this Motion. Only Service Insurance Company is a proper party defendant.[4]

In a nutshell, the only named Defendant in privity with the Plaintiffs on the alleged date of loss is Service. IAT is a holding company which was not in privity with the insured Plaintiffs. Occidental did not issue the Plaintiffs a Standard Flood Insurance Policy ("SFIP") until after the alleged date of loss. As to David Pirrung, no allegations are raised in the Complaint (Doc. No. 1) against him at all. Therefore, the only party Defendant against whom a plausible claim is raised is Service.

WHEREFORE, for the reasons more fully stated in the accompanying Memorandum in Support of the Motion to Dismiss Improperly Named Party Defendants, IAT Insurance Group, Occidental Fire and Casualty Company of North Carolina, and President David Pirrung, Defendant, Service Insurance Company, prays that named Defendants, IAT Insurance Group, Occidental Fire and Casualty Company of North Carolina, and President David Pirrung, be and are hereby dismissed with prejudice.

Dated: September 18, 2018.

Respectfully submitted,

*/s/ William R. DeJean*
WILLIAM R. DEJEAN, T.A.
NIELSEN & TREAS, L.L.C.
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
Email: wdejean@nct-law.com
LA. STATE BAR NO. 22762

[4] While the U.S. government defendants are also improperly named, *see Kronenberg v. Fidelity Nat'l. Ins. Co., et al.*, 2008 WL 631277 at *1-2 (E.D.La. Mar. 5, 2008) and 44 C.F.R. § 62.23(g), "Federal Government is not a proper party defendant" in a suit where a WYO Company has issued the SFIP, Service is not asking the court to dismiss the claims against the government defendants, as such is a task for the U.S. Attorney's Office in the Eastern District.

Counsel for Defendants, Service Insurance Company, IAT Insurance Group, Occidental Fire and Casualty Insurance Company of North Carolina, and President David Pirrung

and

*/s/ W. Gregory Merritt*
W. Gregory Merritt
HARRIS, CREECH, WARD & BLACKERBY, P.A.
325 Pollock Street
P.O. Drawer 1168
New Bern, NC 28563
P: (252)-638-6666; F: (252) 638-3542
Email: wgm@HarrisCreech.com
N.C. Bar No. 23333
Local Rule 83.1(d) Counsel for Service Insurance Company, IAT Insurance Group, Occidental Fire and Casualty Insurance Company of North Carolina, and President David Pirrung

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, copies of this pleading have been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using the CM/ECF system, which will send notice of electronic filing as follows:

Daniel Felix
P. O. Box 544
Frisco, NC 27936-0544
*PRO SE*

Christine Hutten
P. O. Box 544
Frisco, NC 27936-0544
*PRO SE*

Additionally, a copy of the foregoing has been placed in the U.S. Mail to Mr. Felix and Ms. Hutten on September 18, 2018.

*/s/ William R. DeJean*
William R. DeJean