FILED

OCT 02 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

In The **UNITED STATES DISTRICT COURT**

For The EASTERN DISTRICT OF NORTH CAROLINA

PLAINTIFFS,
Daniel Felix and Christine Hutten

V CIVIL ACTION NO. 2:18-CV-31-BO

DEFENDANTS,
US ATTORNEY GENERAL
FEMA/ NFIP
IAT INSURANCE GROUP
OCCIDENTAL FIRE AND CASUALTY CO.
OF NC
SERVICE INSURANCE COMPANY

PLAINTIFF'S RESPONSE TO DEFENDANT'S:
IAT INSURANCE GROUP-OCCIDENTAL FIRE AND CASUALTY COMPANY OF NC
SERVICE INSURANCE COMPANY
RESPONSE TO MOTION FOR DISQUALIFICATION

Plaintiff's request this Honorable Court to deny these defendants disqualification for the following reasons:

1.Plaintiff's agree that defendants act on behalf of the United States Government, FEMA, and the National Flood Insurance Program and are thereby bound by it's practices and policies and the laws relating to those practices and policies. However, these defendants acted outside of the laws and policies when trying to defraud plaintiff's.

2. Plaintiff's Complaint details an effort by these defendants in 2007 and again in 2010 to defraud plaintiff's, without justification, from being able to obtain the full coverage flood insurance available to others similarly situated who purchased flood insurance

through the National Flood Insurance Program. Plaintiff took painstaking efforts with the help of their surveyor to refute and thwart the defendant's efforts to defraud them out of the flood insurance coverage they were entitled to by law. This is described in No. 4 of the complaint and summarized as fraud in No. 7 as stated.

3.In 2017 defendant's, under a different name, SERVICE INSURANCE COMPANY, then tried to defraud Plaintiffs out of their full flood insurance claim. And tried using the attempted fraud from 2007 and 2010 as their reasoning.

4. Plaintiffs, like the rest of the public, purchase flood insurance to get the most protection available for their homes and property. These defendants schemed to deny by fraud what was available to all other persons similarly situated. These defendants acted criminally and negligently and betrayed the trust of the public while acting on behalf of the United States Government as agents of the United States and thereby should be held responsible for those acts separately.

5.Recent investigative news reports on CBS NEWS and others have uncovered that these WYOs, that defendants claim to be which they also claim grants them this immunity, are in fact defrauding people covered under the National Flood Insurance Program out of their flood insurance claims so that the tax payer funds and premiums get funneled to the insurance companies for their financial gains and to the insurance companies legal defenses. Instead of to the payment of the flood damage claims. And this is clear motivation for their fraud. Plaintiffs believe they are now victims of this fraud and conspiracy by these WYOs. Plaintiffs would thereby be entitled to compensation from these defendants in the event FEMA, the NFIP, or the United States were found not to be liable for the fraud.

6. Defendants have defaulted on the time allowed to promote their claim. A stamped copy of the COMPLAINT by the US Dist. Court Clerk, along with a stamped copy by the clerk of court of the SUMMONS IN A CIVIL ACTION, and a copy of a dated PROOF OF SERVICE was delivered to defendants by way of Certified Receipt Mail-US Postal Service and was signed received by them dated 6/30/18. Plaintiffs assume it is a clerical error and was actually received and signed for on 7/30/18. However, defendants answer by way of their attorneys is dated Sept. 7th 2018 well beyond the legal time frame to make their response. The Court should enter a default judgment on behalf of Plaintiffs.

7. On every claims document received by Plaintiffs from the Service Insurance Company, the SERVICE INSURANCE COMPANY states their address as P.O. Box 2057 Kalispell,MT,59903-2057. This appears on multiple documents of the claims process including the denial of claim filed with the FEMA/NFIP Appeals Dept. that was issued by the Service Insurance Company. Plaintiffs contacted the Office of the Secretary Of State Of NC after contacting the NC Attorney General's Office when the Service Insurance Company refused plaintiffs information about their registered agents and State Licensing. Billy Rouse of the Secretary Of State Of NC's office,919-716-6021, searched for licensing information for the Service Insurance Company by also contacting the Attorney General Of NC's office and found none for NC. Ms. Rouse then did a similar search for MT by contacting the Office of the Attorney General MT and the Secretary Of State MT and again found no licensing information for the Service Insurance Company and nothing registered for them at the PO Box 2057,Kalispell, MT address. Defendants claim in their Corporate Disclosure Statement that the Service Insurance Company is a Florida corporation with it's principal place of business in NC.

Plaintiffs contend that using a company name of an unlicensed company owned by multiple other companies and using an address in yet another State where there is also no license is an act to defraud the public and immunize themselves from lawsuit by using corporate licensing camouflage to thwart successful lawsuits by their insured who have been defrauded out of their flood claims. If FEMA and the National Flood Insurance Program have allowed such deceptive practices they would likewise be negligent also and guilty of acts to defraud the public while facilitating the sale of insurance that does not pay valid claims and protecting the WYOs from successful lawsuits by victims of the deception and fraud.

Christine Hutten — 9/27/18

CHRISTINE HUTTEN — Date

Daniel Felix — 9/27/18

DANIEL FELIX — Date

53828 NC HWY 12

PO BOX 544
FRISCO,NC 27936

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this document was served by US Mail on Sept. 29th 2018 defendants; US ATTORNEY GENERAL at 950 Pennsylvania Ave, NW, Washington DC,20472 and IAT INSURANCE GROUP ET.AL. by way of counsel W.Gregory Merritt, HARRIS, CREECH, WARD & BLACKERBY,PA at 325 Pollock Street, PO Drawer 1168,New Bern, NC, 28563.

Christine Hutten

CHRISTINE HUTTEN

DANIEL FELIX