IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:18-CV-00031-BO

| | | |
|---|---|---|
| DANIEL FELIX and<br>CHRISTINE HUTTEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL,<br>ET AL.<br><br>Defendants. | ) | DEFENDANTS' MOTION TO DISMISS |

Defendants, United States Attorney General and Federal Emergency Management Agency ("FEMA"), by and through the United States Attorney for the Eastern District of North Carolina, respectfully move this Court to dismiss Plaintiffs' complaint for insufficient service of process pursuant to Rules 4(m) and 12(b)(5) of the Federal Rules of Civil Procedure.

A Memorandum of Law in support of Defendants' Motion to Dismiss is being filed herewith.

Respectfully submitted, this 21st day of November, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ Roberto F. Ramirez
ROBERTO F. RAMIREZ
Assistant United States Attorney
Civil Division
3l0 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 2760l-l46l
Telephone: (9l9) 856-4530
Facsimile: (919)856-4821
Email: roberto.ramirez@usdoj.gov
Texas Bar No. 00784809
Attorney for United States
of America

# CERTIFICATE OF SERVICE

I do hereby certify that I have this 21st day of November, 2018, served a copy of the foregoing upon the below-listed parties by electronically filing with the Court and/or the U.S. Mail, the foregoing on this date to:

Plaintiffs

Daniel Felix
P.O. Box 544
Frisco, NC 27936-0544
Pro Se

Christine Hutten
P.O. Box 544
Frisco, NC 27936-0544
Pro Se

Defendant

Service Insurance Company
Represented by:
William R. DeJean
Nielsen & Treas, LLC
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002

BY: /s/ Roberto F. Ramirez
ROBERTO F. RAMIREZ
Assistant United States Attorney
Civil Division
3l0 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 2760l-l46l
Telephone: (9l9) 856-4530
Facsimile: (919)856-4821
Email: roberto.ramirez@usdoj.gov
Texas Bar No. 00784809
Attorney for United States
of America