**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**
**CIVIL ACTION NO. 2:18-cv-00031-BO**

| | |
|---|---|
| | § |
| DANIEL FELIX AND | § |
| CHRISTINE HUTTEN | § |
| | § |
| VERSUS | § |
| | § |
| U.S. ATTORNEY GENERAL, ET AL. AND | § |
| SERVICE INSURANCE COMPANY | § |
| | § |
| | § |

**DEFENDANT'S, SERVICE INSURANCE COMPANY'S, MOTION FOR SANCTIONS**

Defendant, SERVICE INSURANCE COMPANY ("Service"), a former Write-Your-Own ("WYO") Program carrier participating in the United States government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] and appears herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] and at the expense of the U.S. Treasury,[1] submits this Motion for Sanctions pursuant to Fed.R.Civ.P. 37(b)(2)(A), respectfully moving this Honorable Court to sanction Plaintiffs, Daniel Felix and Christine Hutten, by dismissing their Complaint action against Service for their failure to obey this Court's Order of June 11, 2019 (Doc. No. 41) allowing for an inspection of the Plaintiffs' premises by a licensed engineer, and for any additional relief the Court deems appropriate. Service will supply the necessary detail for this Motion in the accompanying

[1] 42 U.S.C. § 4001, *et seq*.
[2] 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Battle v. Seibels Bruce Ins. Co.*, 288 F.3d 596, 599 (4th Cir. 2002).
[4] *Grissom v. Liberty Mutual Fire Ins. Co.*, 678 F.3d 397, 399-402 (5th Cir. 2012).

Memorandum in Support of this Motion. For the reasons set forth in the accompanying Memorandum, Service moves this Honorable Court for an Order dismissing the Plaintiffs' Complaint with prejudice, and for any additional relief the Court deems appropriate.

Dated: August 9, 2019.

Respectfully submitted,

**NIELSEN &TREAS, LLC**

*/s/ William R. DeJean*
WILLIAM R. DEJEAN
LA. S.B. #22762
[ADMITTED PRO HAC VICE]
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165
Email: wdejean@nt-lawfirm.com
Counsel for Defendant, Service Insurance Company

and

W. Gregory Merritt, Esq.
N.C. Bar No. 23333
HARRIS, CREECH, WARD & BLACKERBY, P.A.
325 Pollock Street
P.O. Drawer 1168
New Bern, NC 28563
P: (252) 638-6666; F: (252) 638-3542
Email: wgm@HarrisCreech.com
Local Rule 83.1(d) Counsel for Defendant, Service Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, copies of this Motion for Sanctions have been served upon all parties via electronic mail and/or U.S. First Class Mail:

Daniel Felix & Christine Hutten
P.O. Box 544
Frisco, N.C. 27936-0544
*PRO SE*

*<u>/s/ William R. DeJean</u>*
WILLIAM R. DEJEAN