UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL FELIX and CHRISTINE HUTTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 2:18-CV-31-BO |
| U.S. ATTORNEY GENERAL, | ) | |
| IAT INSURANCE GROUP, OCCIDENTAL | ) | |
| FIRE AND CASUALTY COMPANY OF NC, | ) | |
| SERVICE INSURANCE COMPANY, and | ) | |
| DAVID PIRRUNG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This matter is before the Court on defendant's motions to dismiss [DE 45] and for sanctions [DE 49] as well as plaintiffs' motions for judgment on particular issues [DE 48] and for a writ of mandamus [DE 50].

**IT IS ORDERED, ADJUDGED AND DECREED,** pursuant to the Court's Order entered October 29, 2018, defendants' motion to dismiss improperly named defendants David Pirrung, IAT Insurance Group, and Occidental Fire and Casualty Company of NC [DE 17] is GRANTED and plaintiffs' motion for discovery [DE 21] is DENIED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** pursuant to the Court's order entered January 6, 2019, plaintiffs' motion to amend and obtain pre-trial resolution [DE 26] is GRANTED IN PART and DENIED IN PART, the motion to dismiss the U.S. Attorney General [DE 28] is GRANTED, and plaintiffs' motion to amend and obtain an emergency injunction and default judgment [DE 31] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** defendant's motion for sanctions [DE 49] is GRANTED. Defendant's motion to dismiss [DE 45] and plaintiffs' motions [DE 48, 50] are DENIED as moot. The case is DISMISSED WITH PREJUDICE.

This case is closed.

**This judgment filed and entered on October 7, 2019, and served on:**
Daniel Felix (via US Mail)
Christine Hutten (via US Mail)
Walter G. Merritt (via CM/ECF NEF)
William R. DeJean (via CM/ECF NEF)

Robert F. Ramirez (via CM/ECF NEF)

October 7, 2019

PETER A. MOORE, JR., CLERK

　/s/Lindsay Stouch
By: Deputy Clerk